IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BAPA BROOKLYN 2004, LLC, | § § § § § § § § § | |
| Plaintiff, | | |
| V. | | No. 3:20-cv-254-X-BN |
| GUILD MORTGAGE COMPANY, | | |
| Defendant. | | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files, and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated January 11, 2021, the Court finds that the Findings Conclusions, and Recommendation of the Magistrate Judge are correct and they are accepted as the Findings, Conclusions, and Recommendation of the Court.

**IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are **ACCEPTED**.

**SO ORDERED** this 2nd day of February, 2021.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE