IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BAPA BROOKLYN 2004, LLC, | § § | |
| Plaintiff, | § § | |
| V. | § § | No. 3:20-cv-254-X-BN |
| GUILD MORTGAGE COMPANY, | § § § | |
| Defendant. | § | |

## ORDER DENYING MOTION FOR ENTRY OF FINAL JUDGMENT

The Court **DENIES** Defendant Guild Mortgage Company's Motion for Entry of Final Judgment [Dkt. No. 24] and **GRANTS** Plaintiff BAPA Brooklyn 2204, LLC leave to file its Amended Complaint out of time.

**SO ORDERED.**

**DATED**: February 2, 2021.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE