IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BAPA BROOKLYN 2004, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:20-cv-254-X-BN |
| | § | |
| GUILD MORTGAGE COMPANY, | § | |
| | § | |
| Defendant. | § | |

# FINAL JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that Defendant Guild Mortgage Company's Motion to Dismiss Plaintiff's First Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) [Dkt. No. 26] is granted and Plaintiff BAPA Brooklyn 2204, LLC's claim is dismissed with prejudice.

**SIGNED** this 2nd day of February, 2020.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE